Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendants*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARLENE SARKOYAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:24-cv-02329-JAD-BNW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S FIRST STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT** |

Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Arlene Sarkoyan ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1.

Plaintiff filed her complaint on December 13, 2024, and currently Experian's responsive pleading is due February 3, 2025. (ECF No. 1). Experian has just retained counsel in this matter. The first extension will allow Experian an opportunity to investigate the facts of this case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved after such investigation.

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

1  Plaintiff and Experian stipulate and agree that Experian shall have an extension until February 24,
2  2025, to file its responsive pleading.
3  Dated: February 3, 2025

4  NAYLOR & BRASTER                              CRAIG K. PERRY & ASSOCIATES

6  By: */s/ Jennifer L. Braster*                 By: */s/ Craig K. Perry*
7      Jennifer L. Braster                          Craig K. Perry
       Nevada Bar No. 9982                          Nevada Bar No. 3786
8      10100 W. Charleston Blvd., Suite 120         2300 W. Sahara Avenue, #800
       Las Vegas, NV 89135                          Las Vegas, NV 89102

10 *Attorneys for Experian Information Solutions,*  *Attorneys for Plaintiff*
   *Inc.*

12 **IT IS SO ORDERED.**

14 Dated this __4__ day of February 2025.

                                                   _____
15                                                 UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2