Jennifer L. Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
Telephone: (702) 420-7000
jbraster@nblawnv.com

*Attorneys for Defendants*
*Experian Information Solutions, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ARLENE SARKOYAN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 2:24-cv-02329-JAD-BNW<br><br>**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. AND PLAINTIFF'S STIPULATION TO EXTEND TIME TO ANSWER COMPLAINT**<br><br>**[SECOND REQUEST]** |

　　　Defendant Experian Information Solutions, Inc. ("Experian") and Plaintiff Arlene Sarkoyan ("Plaintiff"), by and through their respective counsel of record, hereby submit this stipulation to extend the time for Experian to respond to Plaintiff's Complaint (ECF No. 1) pursuant to LR IA 6-1. This is the Second Request.

　　　Plaintiff filed her complaint on December 13, 2024, and currently Experian's responsive pleading is due February 24, 2025. (ECF No. 6). Experian has retained counsel in this matter and has commenced investigation of the facts of the case. The second extension will allow Experian an opportunity to further investigate the facts of this case and to avoid the incurrence of additional attorneys' fees if this matter may be resolved after such investigation.

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

Plaintiff and Experian stipulate and agree that Experian shall have an extension until March 17, 2025, to file its responsive pleading.

Dated: February 25, 2025

| NAYLOR & BRASTER | CRAIG K. PERRY & ASSOCIATES |
|---|---|
| By: */s/ Jennifer L. Braster*<br>Jennifer L. Braster<br>Nevada Bar No. 9982<br>10100 W. Charleston Blvd., Suite 120<br>Las Vegas, NV 89135 | By: */s/ Craig K. Perry*<br>Craig K. Perry<br>Nevada Bar No. 3786<br>2300 W. Sahara Avenue, #800<br>Las Vegas, NV 89102 |
| *Attorneys for Experian Information Solutions, Inc.* | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

Dated this 27 day of February 2025.

_____
UNITED STATES MAGISTRATE JUDGE

NAYLOR & BRASTER
ATTORNEYS AT LAW
10100 W. Charleston Blvd.,
Suite 120
Las Vegas, NV 89135
(702) 420-7000

2