Craig K. Perry
Nevada Bar No. 3786
CRAIG K. PERRY & ASSOCIATES
2300 W. Sahara Ave., #800
Las Vegas, Nevada 89102
T: (702) 228-4777
F: (702) 943-7520
cperry@craigperry.com

*Attorney for Plaintiff*
*Arlene Sarkoyan*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ARLENE SARKOYAN,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendant. | Case No. 2:24-cv-02329-JAD-BNW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>ECF No. 18 |

Plaintiff ARLENE SARKOYAN, and EXPERIAN INFORMATION SOLUTIONS, INC., file this Joint Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the Court as follows:

There are no longer any issues in this matter between ARLENE SARKOYAN and Experian Information Solutions, Inc., to be determined by this Court.  Plaintiff and Experian Information Solutions Inc hereby stipulate that all claims and causes of action that were or could have been asserted against Experian Information Solutions Inc are hereby dismissed with

///

///

prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 6th day of February, 2026.

CRAIG K. PERRY & ASSOCIATES

/s/ Craig K. Perry
Craig K. Perry, Esq.
Craig K. Perry & Associates
2300 W. Sahara Ave., Suite 800
Las Vegas, NV 89102
(702) 228-4777
cperry@craigperry.com

Counsel for Plaintiff
Arlene Sarkoyan

NAYLOR & BRASTER

/s/ Jennifer Braster
Jennnifer Braster, Esq.
Nevada Bar No. 9982
10100 W. Charleston Blvd., Suite 120
Las Vegas, NV 89135
(702) 420-7000
jbraster@nblawnv.com

Counsel for Defendant
Experian Information Solutions, Inc.

**ORDER**

Based on this stipulation [18] and with good cause appearing, IT IS ORDERED that THIS CASE IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

_____
UNITED STATES DISTRICT JUDGE
February 6, 2026